```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
IDEA NUOVA, INC.,                                                      :
                                                                       :
                               Plaintiff,                              :
                                                                       :            19-CV-9633 (JPC)
               -v-                                                     :
                                                                       :                 ORDER
TOKIO MARINE AMERICA INSURANCE COMPANY,                                :
                                                                       :
                               Defendant.                              :
                                                                       :
----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' proposed amended case management plan and scheduling order in which the parties request an extension of all discovery deadlines. (Dkt. 19.) The Complaint in this case was initially filed on October 18, 2019. (Dkt. 1.) Pursuant to the Case Management and Scheduling Order dated May 14, 2020 and signed by the Hon. Vernon S. Broderick, fact discovery was to be completed by September 14, 2020. (Dkt. 15.) Neither party sought an extension of this deadline. This case was reassigned to the undersigned on September 29, 2020. In response to this Court's Order (Dkt. 16), the parties filed a joint letter updating the Court on the status of this case (Dkt. 17). It was in this joint letter that the parties requested that fact discovery be extended to February 26, 2021 and expert discovery be extended to April 27, 2021. (Dkts. 17, 17-1.)

In light of the fact that fact discovery was to be completed by September 14, 2020, the Court DENIES the parties' request. Instead, as outlined in the Amended Case Management Plan and Scheduling Order, fact discovery shall be completed by January 11, 2021, and expert discovery shall be completed by February 25, 2021.

The conference scheduled for November 20, 2020 at 11:00 a.m. is adjourned *sine die*. As

stated in the Amended Case Management Plan and Scheduling Order, the next Case Management Conference is scheduled for January 15, 2021 at 4:00 p.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

    SO ORDERED.

Dated: November 17, 2020
      New York, New York

                                        JOHN P. CRONAN
                                 United States District Judge