UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
IDEA NUOVA, INC.,                                                      :
                                                                       :
                            Plaintiff,                                 :
                                                                       :         19-CV-9633 (JPC)
            -v-                                                        :
                                                                       :         ORDER
TOKIO MARINE AMERICA INSURANCE COMPANY,                                :
                                                                       :
                            Defendant.                                 :
                                                                       :
----------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      The Case Management Conference scheduled for January 15, 2021 at 4:00 p.m is adjourned *sine die*. All discovery must be completed by February 25, 2021. (Dkt. 20.) By March 4, 2021, the parties shall submit a joint letter updating the Court on the status of this case.

      SO ORDERED.

Dated: January 6, 2021
      New York, New York

                                                 JOHN P. CRONAN
                                                 United States District Judge